UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RICHARD LYNN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV621-080 |
| TIMOTHY C. WARD, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 16), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Lynn's two motions seeking preliminary injunctive relief, (see doc. no. 16 at 5-6), are **DENIED**. (Doc. no. 2; doc. no. 10).

**ORDER ENTERED** at Augusta, Georgia, this 26th day of August, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA