UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RICHARD LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-80 |
| | ) | |
| TIMOTHY C. WARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 21), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Plaintiff's claims against Defendants Radar, Farllow, Adams, White, Shepherd, Brown and the Georgia Department of Corrections are **DISMISSED**. The Magistrate Judge directed service of Plaintiff's Eighth Amendment claim upon Defendants Williams, Thomas, Wilcox, and Ward. (Doc. no. 21 at 18-19.) That claim remains pending. (See, e.g., doc. 22.)

**ORDER ENTERED** at Augusta, Georgia, this 16th day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA