UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RICHARD LYNN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV621-080 |
| TIMOTHY C. WARD, ET AL., | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 32), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Plaintiff's Complaint is **DISMISSED without prejudice** as a sanction for dishonesty. Defendant's Motion to Dismiss is **GRANTED**. (Doc. no. 31.) The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of November, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA