AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| RICHARD LYNN | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 6:21-cv-00080 |
| TIMOTHY C. WARD, et al., | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed November 1, 2024, the Magistrate Judge's Report and Recommendation is adopted. Plaintiff's Complaint is dismissed without prejudice as a sanction for dishonesty and Defendant's Motion to Dismiss is granted. This case stands closed.



| | |
|---|---|
| 11/1/2024 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020